IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  16-5912 |
| | : | |
| LINDA DOWLING, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this _5th____ day of April, 2017, upon consideration of Plaintiff's Motion

for Service by Posting to Property and Certified Mail (Doc. 2), **IT IS HEREBY ORDERED**

**AND DECREED** that Plaintiff's Motion is **GRANTED**[1] as follows:

1. The Government shall serve process on Defendant by certified mail, return receipt

    requested, to 1517 N. 29th Street, Philadelphia, PA 19121, as provided in the Motion

    and the accompanying Affidavit of Good Faith Investigation;

2. The Government shall serve process on Defendant by posting a copy of the Summons

    and Complaint on the property of 1517 N. 29th Street, Philadelphia, PA 19121, as

    provided in Plaintiff's Motion and the accompanying Affidavit of Good Faith

    Investigation; and

---

[1]     On February 2, 2017, the Government filed the instant Motion requesting an order
authorizing alternate service on Defendant Linda Dowling. (Doc. 2). The Court is convinced that
the Government made a good faith effort to locate and serve Defendant, and that service by
traditional means is not possible. Because the Government has been unable to serve Defendant
by traditional means, the Court will permit the Government to serve the Summons and
Complaint on Defendant by certified mail to Defendant's last known address and by posting a
copy of the Summons and Complaint on the property of Defendant's last known address.

3.  Plaintiff shall have **thirty (30) days** from the date of this Order to complete service

on Defendant.

**IT IS FURTHER ORDERED** that service on Defendant shall be completed only after

mailing <u>and</u> posting to the property listed above.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, C.J.**

2