# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

LINDA DOWLING; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05912

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LINDA DOWLING the above process on the 10 day of April, 2017, at 12:38 o'clock, PM, at 1517 N 29TH STREET PHILADELPHIA, PA 19121, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_____ )
                                    ) SS:
County of _Berks_____           )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158330
Case ID #:4857068

Subscribed and sworn to before me this _11_ day of _April_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO – Britni Augustin

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>6164-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703772699174<br>9171999991703772699174 | GREEN, TREVOR L. AKA TREVOR GREEN<br>1116 Lindley Ave<br>Apt. 1<br>Philadelphia, PA 19141 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699181<br>9171999991703772699181 | GREEN, TREVOR L. AKA TREVOR GREEN<br>3729 N. Sydenham Street<br>Philadelphia, PA 19140 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699198<br>9171999991703772699198 | GREEN, TREVOR L. AKA TREVOR GREEN<br>4837 N. 7th St.<br>Philadelphia, PA 19120 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699204<br>9171999991703772699204 | LINDA DOWLING<br>1517 N 29th Street<br>Philadelphia, PA 19121 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699211<br>9171999991703772699211 | DOMMEL, MICHELLE L.<br>5558 Bossler Road<br>Elizabethtown, PA 17022 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699228<br>9171999991703772699228 | DOMMEL, MICHELLE L.<br>424 Nottingham Avenue<br>Lancaster, PA 17601 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699235<br>9171999991703772699235 | DOMMEL, MICHELLE L.<br>136 Penn Oak Drive<br>Bainbridge, PA 17502 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 7 | | 4.93 | 33.95 | | | 38.89 |
| Cumulative Totals | 7 | | 4.93 | 33.95 | | | 38.89 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____    Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C       Certified
                                 ERR     Return Receipt

| | | Check type of mail or service: | | | Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Sender **KML LAW GROUP, P.C. SUITE 5000 701 MARKET STREET PHILADELPHIA, PA 19106-1532** | | ☐ Certified ☐ COD ☐ Delivery Confirmation ☐ Express Mail ☐ Insured | ☐ Recorded Delivery (International) ☐ Registered ☐ Return Receipt for Merchandise ☐ Signature Confirmation | | | | | | | | | | | | |
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | | | |
| 2. | | TO | LINDA DOWLING LINDA DOWLING 1517 N 29th Street Philadelphia, PA 19121 | | | | | U.S. POSTAGE »PITNEY BOWES ZIP 19106 $ 001.35 02 1W 0001391829 APR 07 2017 | | | | | | |
| 3. | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 1

Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-158330   Philadelphia County   Sale Date:

LINDA DOWLING

RCO - Brithni Augustin